UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

XIAOYAN JIANG,

Petitioner,

v.

WARDEN, CALIFORNIA CITY IMMIGRATION PROCESSING CENTER, et al.,

Respondents.

No. 1:26-cv-06969-DAD-AC

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS

(Doc. Nos. 1, 8)

Petitioner is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 6, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted. (Doc. No. 8.) Specifically, the magistrate judge found that respondents detained petitioner without complying with the procedural requirements of 8 U.S.C. § 1226(a) by failing to obtain a warrant for her arrest prior to her detention. (*Id.* at 8–10.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within three days of service. (*Id.* at 11–12.)

/////

On November 8, 2026, respondents filed objections to the findings and recommendations which are comprised of a single sentence stating that respondents object for the same reasons presented in their prior briefing. (Doc. No. 9.) These objections do not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis. *See Mayen v. Warden, California City Det. Ctr.*, No. 1:26-cv-02354-DAD-AC, 2026 WL 1158217, at *2 (E.D. Cal. Apr. 29, 2026) ("Issuance of a warrant is a necessary condition to justify discretionary detention under section 1226(a).")

For the reasons explained above,

1. The findings and recommendations issued on November 6, 2026 (Doc. No. 8) are ADOPTED in full;
2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:
    a. Respondents are ORDERED to immediately release petitioner Xiaoyan Jiang, A-File No. 208-804-372, from respondents' custody;
    b. Respondents are ENJOINED AND RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without providing petitioner notice and a pre-detention hearing before an immigration judge, at which hearing the burden will be set in accordance with 8 U.S.C. § 1226(a) and its implementing regulations;
3. The Clerk of the Court is directed to serve a copy of this order on the California City Detention Facility; and

/////

/////

/////

/////

4. The Clerk of the Court is also directed to enter judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated: **November 12, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE